| | |
|---|---|
| CENTER FOR DISABILITY ACCESS<br>Chris Carson, Esq., SBN 280048<br>Dennis Price, Esq., SBN 279082<br>Amanda Seabock, Esq., SBN 289900<br>8033 Linda Vista Road, Suite 200,<br>San Diego, CA 92111<br>(858) 375-7385; (888) 422-5191 fax<br>amandas@potterhandy.com<br>Attorneys for Plaintiff | KENNETH S. KATZOFF<br>(SBN:107684)<br>STEPHEN G. PREONAS<br>(SBN:245334)<br>KATZOFF & RIGGS LLP<br>1500 Park Ave., Suite 300<br>Emeryville, CA 94608<br>Telephone: (510) 597-1990<br>Facsimile: (510) 597-0295<br>Attorneys for Defendant<br>Golden Leaf Investment, Inc. |

MELISSA T. DAUGHERTY (SBN: 227451)
Melissa.Daugherty@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213)250-1800
Facsimile: (213)250-7900
Attorneys for Defendants
Daniel Yet and Vina Yet

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>DANIEL YET; VINA YET; GOLDEN LEAF INVESTMENT, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 5:19-CV-06203-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 17, 2020    CENTER FOR DISABILITY ACCESS

By: /s/Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorney for Plaintiff

Dated: September 17, 2020    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/Melissa T. Daugherty
Melissa T. Daugherty
Attorney for Defendants
Daniel Yet and Vina Yet

Dated: September 17, 2020    KATZOFF & RIGGS LLP

By: /s/Stephen G. Preonas
Stephen G. Preonas
Attorney for Defendant
Golden Leaf Investment, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Melissa T. Daugherty, counsel for Daniel Yet and Vina Yet, and Stephen G. Preonas, counsel for Golden Leaf Investment, Inc., and that I have obtained authorization to affix their electronic signature to this document.

Dated: September 17, 2020     CENTER FOR DISABILITY ACCESS

By:   /s/Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorney for Plaintiff